KYLE SCHUMACHER (BAR #121887)
kschumacher@perryshields.com
**PERRY, SHIELDS, CAMPBELL, FLOYD, PLLC**
227 N. Loop 1604 E. Ste. 130
San Antonio, TX. 78232
503-482-8137 ph
281-715-3209 fax

Attorneys for Plaintiff
Melinda Michelle Douglas

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON – EUGENE DIVISION

| | |
|---|---|
| Melinda Michelle Douglas, <br><br> Plaintiff, <br><br> v. <br><br> American Express National Bank; and DOES 1 through 100 inclusive, <br><br> Defendants. | CASE NO. 3:20-cv-00473-IM <br><br> NOTICE OF INTENT TO SETTLE BETWEEN PLAINTIFF AND AMERICAN EXPRESS NATIONAL BANK |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** Plaintiff Melinda Michelle Douglas and defendant American Express National Bank (collectively, the "Parties"), have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal of American Express National Bank within 60 days once the settlement is finalized.

**PERRY, SHIELDS, CAMPBELL, FLOYD, PLLC**

Dated:  June 27, 2020                By:    */s/ Kyle W. Schumacher*
                                                    Kyle W. Schumacher
                                                    Attorney for Debtors/Plaintiff