KYLE SCHUMACHER (BAR #121887)
kschumacher@perryshields.com
**PERRY, SHIELDS, CAMPBELL, FLOYD, PLLC**
227 N. Loop 1604 E. Ste. 130
San Antonio, TX. 78232
503-482-8137 ph
281-715-3209 fax

Attorneys for Plaintiff
Melinda Michelle Douglas

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON – PORTLAND DIVISION

| | |
|---|---|
| Melinda Michelle Douglas**,**<br><br>    Plaintiff,<br><br>v.<br><br>American Express National Bank; and DOES 1 through 100 inclusive**,**<br><br>    Defendants. | CASE NO.  3:20-cv-00473-JR<br><br>PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANTS AMERICAN EXPRESS NATIONAL BANK AND DOES 1 THROUGH 100 INCLUSIVE PURSUANT TO FEDERAL RULE OF CIVL PROCEDURE 41 |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** Plaintiff Melinda Michelle Douglas, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), hereby voluntary dismisses defendants American Express National Bank and DOES 1 through 100 inclusive, with prejudice, as to all claims in this action.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1)    By the Plaintiff

    (A)    Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendants American Express National Bank and DOES 1 through 100 have neither answered Plaintiff's Complaint nor filed a motion for summary judgment. Accordingly, Defendants American Express National Bank and DOES 1 through 100 may be dismissed from the Complaint for all purposes and without an Order.

                                                **PERRY, SHIELDS, CAMPBELL, FLOYD, PLLC**

Dated: July 23, 2020        By:   */s/ Kyle W. Schumacher*
                                                          Kyle W. Schumacher
                                                          Attorney for Plaintiff